UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nick Prickel et al.,

                    Petitioners,

          -against-

David Zwick et al.,

                    Respondents.

26-MC-113 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of petitioners' motion to quash. Dkt. 2. Respondents should file any response by **Monday, March 23, 2026**. Any reply should be filed by **Thursday, March 26**, **2026.** Petitioners should immediately serve their motion and this order on respondents.

          SO ORDERED.

Dated: March 17, 2026
          New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge