Joshua Wurtzel
Partner

schlamstone.com
jwurtzel@schlamstone.com

Schlam Stone
&Dolan LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400     Mobile: 516 528-9944
Direct: 212 612-1226    Fax: 212 612-1226

March 23, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:     *Prickel, et al. v. Zwick, et al.*, Case No. 26-MC-00113 (AS)

Dear Judge Subramanian:

This firm, along with Dovel & Luner and Eichmann, a professional corporation, represents respondents in this proceeding.

In accordance with Rule 11.C of Your Honor's Individual Practices in Civil Cases (the "**Individual Rules**"), we submit this letter motion for leave to file an unredacted copy of Respondents' Memorandum of Law in Opposition to Motion to Quash Subpoenas and for Sanctions, dated March 23, 2026 (the "**Unredacted Brief**"), under seal.

Simultaneously with the filing of this letter motion and the filing of the Unredacted Brief under seal on ECF, in accordance with Rule 11.C.iii of the Individual Rules, we are also publicly filing on ECF a redacted copy of Respondents' Memorandum of Law in Opposition to Motion to Quash Subpoenas and for Sanctions, dated March 23, 2026 (the "**Redacted Brief**"). And further in accordance with Rule 11.C.iii of the Individual Rules, the Unredacted Brief filed under seal on ECF includes highlights of the portions of the Unredacted Brief that have been redacted in the Redacted Brief.

The basis for sealing the redacted portion of the Redacted Brief (which, as stated above, is highlighted in the Unredacted Brief) is that this portion of the Redacted Brief includes an excerpt of the deposition testimony of Nihar Malik, who is an executive of Solera Holdings, LLC, which is a respondent and counterclaimant in the underlying AAA arbitration to which this proceeding relates. *Zwick, et al. v. Audatex North America, LLC, et al.*, Case No. 01-24-0006-9979 (the "**Arbitration**"). Specifically, this deposition testimony has been designated as "Confidential Material" under the Amended Stipulated Protective Order entered in the Arbitration, a copy of which is attached as **Exhibit A**.

Respondents take no position, at least in this proceeding, on whether this deposition testimony warrants confidential treatment under either the protective order entered in the Arbitration or this Circuit's law. But in response to respondents' counsel's request that Solera Holdings de-designate this testimony so it could be filed publicly in this Court, Solera Holdings's counsel

The Honorable Arun Subramanian
March 23, 2026
Page 2 of 2

responded that the testimony is "not relevant to the motion to quash," that the testimony is "Confidential under the amended stipulated protective order," and that Solera Holdings and the other respondents in the Arbitration "object to Claimants' filing the testimony publicly."

Given this position, respondents submit this letter motion to seal and file only the Redacted Brief publicly so that respondents in the Arbitration, including Solera Holdings, have the opportunity to apply to this Court to keep the Unredacted Brief sealed. We have notified counsel for respondents in the Arbitration that, in accordance with Rule 11.C.i of the Individual Rules, respondents in the Arbitration must file, within three business days, a letter explaining the need to keep the Unredacted Brief under seal.

Subject to this Court's receipt of a satisfactory letter from counsel for respondents in the Arbitration explaining the need to seal the excerpts of Mr. Malik's deposition testimony contained in the Unredacted Brief, we request that this Court grant leave to seal the Unredacted Brief and maintain the redactions already contained in the publicly filed Redacted Brief.

Respectfully submitted,

/s/ Joshua Wurtzel
Joshua Wurtzel

cc:     All counsel of record (by ECF)
        Counsel for respondents in the Arbitration (by email)

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 25, 2026