UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nick Prickel and Darko Dejanovic, <br><br> Petitioners, <br><br> -against- <br><br> David Zwick et al., <br><br> Respondents. | 26-MC-113 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For next Tuesday's hearing, the parties are instructed to use a new dial in. They should dial in by calling 646-453-4442 and entering conference ID 429 571 513.

SO ORDERED.

Dated: April 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge