UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nick Prickel and Darko Dejanovic,<br><br>                    Movants,<br><br>          -against-<br><br>David Zwick et al.,<br><br>                    Respondents. | 26-MC-113 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at today's hearing, movants' motion for sanctions is DENIED.

With respect to how this case will proceed, the Court will wait first for Judge Stein's report and recommendation addressing this issue in *Barnhurst v. Zwick*, 26-mc-123. Within 7 days of that decision, the parties should file letters on this docket indicating if that decision should control, or lodging any objections to it.

          SO ORDERED.

Dated:  May 5, 2026
         New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge