UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nick Prickel et al.,

Movants,

-against-

Will Walton,

Respondent.

26-mc-113 (AS)

ORDER

Arun Subramanian, United States District Judge:

The Court has resolved the motion to quash. *Dkt. 33.* The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: August 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge